IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THELMA WILLIAMS, JR.,**
**ADC #93197**                                                                                  **PLAINTIFF**

V.                            No. 5:08CV00006 JLH-BD

**R. JOHNSON, et al.**                                                                      **DEFENDANTS**

## ORDER

The Court has received the Partial Recommended Disposition from Magistrate Judge Beth Deere. After careful review of the Partial Recommended Disposition, the timely objections received thereto, as well as a *de novo* review of the record, the Court concludes that the Partial Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, the Court DISMISSES Plaintiff's amended complaint without prejudice as to all Defendants.

IT IS SO ORDERED this 6th day of March, 2008.

_____
UNITED STATES DISTRICT JUDGE