# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### PINE BLUFF DIVISION

**THELMA WILLIAMS, JR.,**
**ADC #93197**                                                                    **PLAINTIFF**

**V.**                                   **No. 5:08CV00006 JLH-BD**

**R. JOHNSON,** *et al.*                                                          **DEFENDANTS**

## ORDER

An evidentiary hearing was scheduled in this case for September 4, 2009.

Defendants Green, Kundert and Wells have filed a Motion for Summary Judgment

(docket entry #225), which is under consideration.  Accordingly, the evidentiary hearing

set for September 4, 2009, is hereby canceled, and will be reset, if appropriate, following

a ruling on the summary judgment motion.

IT IS SO ORDERED this 19th day of August, 2009.


_____
UNITED STATES MAGISTRATE JUDGE