IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**THELMA WILLIAMS, JR.**                                                                     **PLAINTIFF**

v.                          **CASE NO. 5:08CV00006 JLH/BD**

**R. JOHNSON, et al.**                                                               **DEFENDANTS**

### ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere. The parties have not filed objections. After careful review of the recommendation, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Defendants' Motion for Summary Judgment (docket entry #225) is GRANTED. Plaintiff's pending claims are DISMISSED WITH PREJUDICE. The Court certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action would be frivolous and not taken in good faith.

IT IS SO ORDERED this 1st day of December, 2009.

_____
UNITED STATES DISTRICT JUDGE